UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
: ORDER
IN RE EVANN FRASER-BAPTISTE :
: 07-MC-441 (ENV)
:
:
-----------------------------------------------------------x

VITALIANO, District Judge.

The Court having been advised that Ms. Fraser-Baptiste has been naturalized, rendering this action moot,

Therefore, this action is discontinued at the request of the petitioner without cost and with prejudice. The Clerk is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
December 11, 2007

s/Hon. Eric N. Vitaliano
_____
ERIC N. VITALIANO
United States District Judge